B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re: **Maciste Aloyceus Coleman**
**Deborah Teresa Coleman**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Capital One Auto Finance | **Describe Property Securing Debt:** Auto: 2006 Hyundai Sonata GLS 60k |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Ford Motor Credit Corporation | **Describe Property Securing Debt:** Auto: 2013 Ford Edge Sport 20k |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

### Property No. 3

| **Creditor's Name:** <br> **Ford Motor Credit Corporation** | **Describe Property Securing Debt:** <br> **Auto: 2014 Ford Explorer 12k Miles** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt            ■ Not claimed as exempt

### Property No. 4

| **Creditor's Name:** <br> **Freedom Road Financial** | **Describe Property Securing Debt:** <br> **2014 Victory Cross Countr** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

### Property No. 5

| **Creditor's Name:** <br> **Nationstar Mortgage LLC** | **Describe Property Securing Debt:** <br> **Property1: 9555 Pep Rally Lane, Waldorf, MD  20603** <br> **online value is $369,637 ; market value takes off 10% for cost of sale** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  **working on loan mod; continue making payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 3

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **March 30, 2015**          Signature **/s/ Maciste Aloyceus Coleman**
                                            **Maciste Aloyceus Coleman**
                                            Debtor

Date **March 30, 2015**          Signature **/s/ Deborah Teresa Coleman**
                                            **Deborah Teresa Coleman**
                                            Joint Debtor